# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SOUTHERN ENVIRONMENTAL
MANAGEMENT & SPECIALTIES,
INC.

VERSUS

RICHARD W. "RICKY" LEE,
HANNAH LEE NAQUIN, HUNTER R.
LEE, AMSTEAD INSURANCE, LLC,
P3 FINANCE, LLC AND BRUIN
ENVIRONMENTAL AND
REMEDIATION SERVICES, LLC

NO.   2024 CW 0566

**SEPTEMBER 9, 2024**

---

In Re:    SEMS, Inc., sometimes known as Southern Environmental
          Management & Specialties, Inc., applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 712869.

---

**BEFORE:    McCLENDON, WELCH, AND LANIER, JJ.**

   **WRIT GRANTED WITH ORDER.** The portions of the trial court's
judgment dated May 14, 2024, which granted the Motion for
Inspection and Copying of SEMS Records filed by Richard W. "Ricky"
Lee and ordered that SEMS shall pay all expenses, court costs, and
attorney's fees incurred by Mr. Lee to procure those records, is
vacated. This matter is remanded to the trial court for a hearing
on the Motion for Inspection and Copying of SEMS Records, in
compliance with La. R.S. 12:1-1604, and a ruling thereon.

                              PMc
                              JEW
                              WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT